IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SAMUEL HAIDY,

     Appellant,

v.

MARTIN COUNTY SHERIFF'S OFFICE/NORTH AMERICAN RISK SERVICES, INC.,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4964

Opinion filed August 1, 2017.

An appeal from an order of Judge of Compensation Claims.
Ralph J. Humphries, Judge.

Date of Accident: June 11, 2014.

Kimberly A. Hill of Kimberly A. Hill, P. L., Fort Lauderdale, for Appellant.

Rex A. Hurley and William H. Rogner of Hurley, Rogner, Miller, Cox & Waranch, Winter Park, for Appellees.

PER CURIAM.

     AFFIRMED.

LEWIS, ROBERTS, and BILBREY, JJ., CONCUR.